IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS NUNEZ, JR.,

    Plaintiff,　　　　　　　　No. 2:12-cv-2775 KJN P

    vs.

K.M. PORTER, et al.,

    Defendants.　　　　　　　ORDER

_____/

    Plaintiff requests a twenty-day extension of time within which to file and serve his opposition to defendants' motion to dismiss. (Dkt. No. 21.) Defendants provided plaintiff with notice of the requirements for opposing their motion to dismiss, pursuant to Wyatt v. Terhune, 315 F.3d 1108, 1120 n.14 (9th Cir. 2003), and Woods v. Carey, 684 F.3d 934 (9th Cir. 2012). (See Dkt. No. 20.) For good cause shown, IT IS HEREBY ORDERED that plaintiff shall file and serve his opposition within twenty days after service of this order. Defendants shall file and serve their reply, if any, within seven days thereafter.

    SO ORDERED.

DATED: May 8, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

nune2775.eot

1