UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS NUNEZ, JR., | No. 2:12-cv-2775 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| K.M. PORTER, et al., | |
| Defendants. | |

The Ninth Circuit Court of Appeals, in <u>Albino v. Baca</u>, __ F.3d __, 2014 WL 1344468 (9th Cir. Apr. 7, 2014) (en banc), recently held that a motion for summary judgment pursuant to Rule 56, Federal Rules of Civil Procedure, not an "unenumerated 12(b) motion" to dismiss, is the appropriate vehicle for challenging a prisoner's claims based on an alleged failure to exhaust administrative remedies.

In the present case, the undersigned properly considered defendants' motion to dismiss pursuant to the former procedure and standard; however, in light of <u>Albino</u>, that procedure and standard no longer apply.

Accordingly, IT IS HEREBY ORDERED that:

1. The undersigned's amended findings and recommendations filed March 26, 2014 (ECF No. 36), are withdrawn;

////

      2. Defendants' motion to dismiss for failure to exhaust administrative remedies (ECF No. 20), is denied without prejudice;

      3. The extension of time accorded to plaintiff for filing objections (ECF No. 38), is moot; and

      4. Defendants may file and serve, within thirty (30) days after the filing date of this order, a motion for summary judgment based on plaintiff's alleged failure to exhaust his administrative remedies, consistent with <u>Albino v. Baca</u>, __ F.3d __, 2014 WL 1344468; the motion shall include notice to plaintiff of the evidentiary requirements for opposing the motion, see <u>Woods v. Carey</u>, 684 F.3d 934 (9th Cir. 2012); <u>Rand v. Rowland.</u>

      SO ORDERED.

Dated: April 18, 2014

/Nune2775.Albino.withdraw.F&R.

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2