1

2

3                          UNITED STATES DISTRICT COURT

4                      FOR THE EASTERN DISTRICT OF CALIFORNIA

5

6    CURTIS NUNEZ, JR.,                         No.  2:12-cv-2775 JAM KJN P

7                 Plaintiff,

8         v.                                    ORDER

9    K.M. PORTER, et al.,

10               Defendants.

11

12        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

13   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

14   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

15        On February 13, 2015, the magistrate judge filed findings and recommendations herein

16   which were served on all parties and which contained notice to all parties that any objections to

17   the findings and recommendations were to be filed within fourteen days.  Neither party has filed

18   objections to the findings and recommendations.

19        The court has reviewed the file and finds the findings and recommendations to be

20   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

21   ORDERED that:

22        1.  The findings and recommendations filed February 13, 2015, are adopted in full; and

23        2.  Defendants' motion to dismiss plaintiff's Fourteenth Amendment claim (ECF No. 44)

24   is granted as to all defendants.

25   DATED:  March 20, 2015

26                                        /s/ John A. Mendez_____

27                                        UNITED STATES DISTRICT COURT JUDGE

28

                                              1