UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS NUNEZ, JR., | No. 2:12-cv-2775 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| K. M. PORTER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 14, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 14, 2015, are adopted in full.

2. Defendants Till, Norton, and Caraballo's motion for summary judgment (ECF No. 53) is granted.

3. The claims against these defendants are dismissed without prejudice.

DATED: July 9, 2015

                                                   /s/ John A. Mendez_____

                                                   UNITED STATES DISTRICT COURT JUDGE