UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS NUNEZ, JR., | No. 2: 12-cv-2775 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| K.M. PORTER, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. For the following reasons, defendants are ordered to submit the at-issue emails for in camera review.

    On September 27, 2016, the undersigned granted in part and denied in part plaintiff's motion to reopen discovery. (ECF No. 82.) The undersigned ordered defendant to respond to the request for admissions and request for production of documents served by plaintiff on December 3, 2015. (Id.)

    After receiving defendant's responses to his discovery requests, plaintiff filed the pending motion for in camera review. (ECF No. 84.) Plaintiff alleges that defendant provided him with two redacted emails. (Id.) Plaintiff requests that the court conduct an in camera review of unredacted versions of the emails to determine whether the redacted information is relevant. (Id.)

1

On November 22, 2016, defendant filed a response to plaintiff's motion for in camera review.  (ECF No. 85.)  Defendant states that the redactions on the emails concern information about nonparties and defendant submitted a privilege log to that effect.  (Id.)  Defendant does not oppose the court's in camera review of the emails.  (Id.)

Good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiff's request for an in camera review of the at-issue emails (ECF No. 84) is granted;

2.  Within ten days of the date of this order, defendant shall submit the at-issue emails for in camera review.

Dated:  January 19, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Nun2775.cam

2